394 A.2d 607

Bennett v. Harpur, Appellant.

Argued June 15, 1978.   Brendan J. Vanston, for appellant;   L. Kelly, with him Audrey Kelly, for appellee.

Order affirmed.

394 A.2d 608

Bernhard, Appellant, v. Clarke.

Argued June 14, 1978.   Lawrence Sager, for appellant;   C. Miller, with him William E. Schantz, for appellee.

Order affirmed.